AO 83 (Rev. 06/09) Summons in a Criminal Case - MODIFIED SDIL (2/2010)

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>John Robert Eddy<br><br>_Defendant_ | )<br>)<br>)<br>) Case No. 12-30082-WDS<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

x  Indictment  ___ Superseding Indictment  ___ Information  ___ Superseding Information  ___ Complaint

___ Probation Violation Petition  ___ Supervised Release Violation Petition  ___ Violation Notice  ___ Order of Court

| Place: | U. S. Courthouse<br>750 Missouri Avenue<br>East St. Louis, Illinois | Courtroom No.: 5 |
|---|---|---|
| Before: | Stephen C. Williams | Date and Time: April 5, 2012<br>3:00 p.m. |

This offense is briefly described as follows:

18:1349 Conspiracy

---

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, 650 MISSOURI AVENUE, EAST ST. LOUIS, IL TWO HOURS PRIOR TO COURT APPEARANCE.

---

Date:  3/21/12

_Jessica Robertson, Deputy Clerk_
_Issuing officer's signature_

NANCY J. ROSENSTENGEL, Clerk
_Printed name and title_

---

I declare under penalty of perjury that I have:

___ Executed and returned this summons          ___ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_