# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

# MINUTES OF DISPOSITION

[ ] BENTON   [X] EAST ST. LOUIS        [X] CONTESTED   [ ] UNCONTESTED

U.S.A. v. JOHN ROBERT EDDY        CRIMINAL NO. 12-30082-WDS

DEFT. COUNSEL: ERIC BUTTS        JUDGE:   WILLIAM D. STIEHL

GOVT. COUNSEL: NATHAN STUMP        DATE: 1/30/13        TIME: 11:00 AM - 11:40 AM

REPORTER:  DAVEANNA JOHNSON        DEPUTY:   CHERYL RITTER

   X    COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING ACCESS TO SAME IN THE EVENT OF APPEAL.  RECOMMENDATION TO BE PLACED UNDER SEPARATE SEAL AND COUNSEL WILL  NOT  HAVE ACCESS TO SAME.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT: (No Objections)

AMOUNT OF FUNDS AMOUNTING TO DEFENDANT'S RELEVANT CONDUCT IS $141,791.16

OFFENSE LEVEL:   21        CRIMINAL HISTORY CATEGORY:   V
SENTENCE RANGE: 70 - 87 Months   FINE RANGE: $7,500.00 - $75,000.00
SUPERVISED RELEASE RANGE:   2 - 5 years

COURT [X] ACCEPTS [ ] REJECTS PLEA AGREEMENT

DEFENDANT'S WITNESS: LARRY BURNELL (11:10 AM - 11:19 AM)

CUSTODY OF [ ] ATTORNEY GENERAL [X] BUREAU OF PRISONS

**SENTENCE:**    60 Months imprisonment on Count 1.

UPON RELEASE FROM IMPRISONMENT, DEFENDANT PLACED ON **SUPERVISED RELEASE** FOR **5 Years on Count 1.**

CONDITIONS OF SUPERVISION:

[X]     Within 72 hours of release from BOP, defendant to report to probation in district released.

[X]     The defendant shall cooperate in the collection of DNA as directed by the probation officer.

[X]     Defendant shall not commit any further crimes.

[X]     Defendant shall not illegally possess any controlled substances.

[X]     Defendant shall not possess firearm or other destructive device.

[X]     Defendant shall submit within 15 days for drug urinalysis.

[X]   The defendant shall participate, as directed and approved by the probation officer, in treatment for narcotic addiction, drug dependence or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility.  Any participation will require complete abstinence from all alcoholic beverages.  Defendant shall pay for the costs associated with substance abuse counseling and/or testing based on a co-pay sliding fee scale as directed and approved by the U. S. Probation Office.  Co-pay shall never exceed the total costs of counseling.

[X]   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

[X]   The defendant is prohibited from engaging in an occupation, business, or profession bearing a reasonably direct relationship to telemarketing.

MONETARY PENALTIES:

[X]   **SPECIAL ASSESSMENT** $ 100.00     ON EACH OF COUNT(S)   1  
      **TOTAL** $100.00         DUE IMMEDIATELY.

[X]   **FINE $ (Waived)**     ON EACH OF COUNT(S)  1  

[X]   RESTITUTION IS NOT ORDERED IN THIS CASE

[X]   COURT FINDS DEFENDANT'S FINANCIAL CONDITION IS SUCH THAT HE IS UNABLE TO:
      [ ] PAY RESTITUTION, [X] PAY A FINE, [X] PAY COSTS OF INCARCERATION OR SUPERVISION AND THEY ARE WAIVED.

[X]   DEFENDANT ADVISED OF RIGHT TO APPEAL.

[X]   RECOMMENDATION THE DEFENDANT BE PLACED AT FCI MIAMI AND THAT HE BE PLACED IN THE RESIDENTIAL DRUG ABUSE PROGRAM.

[X]   BOND CONTINUED AND
      [ ] DEFENDANT IS TO SURRENDER TO USMS ON _____
      [X] DEFENDANT IS TO SURRENDER AS NOTIFIED BY USMS TO DESIGNATED INSTITUTION