PROB 12B
(ILSP 11/11)

**FILED**

**UNITED STATES DISTRICT COURT**
**for the**
**Southern District Of Illinois**
**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

SEP 2 3 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Name of Offender:  John Robert Eddy                               Docket No. 0754 3:12CR30082-001

Name of Sentencing Judicial Officer:  Honorable William D. Stiehl, Senior U.S. District Judge

Date of Original Sentence:  January 30, 2013

Original Offense:    Conspiracy to Commit Mail and Wire Fraud in Connection With Telemarketing

Original Sentence:  60 months Bureau of Prisons; 5 years Supervised Release

Type of Supervision: Supervised Release                        Date Supervision to Commence: July 24, 2015

Assistant U.S. Attorney:  Bruce E. Reppert / Katherine Lang Lewis     Defense Attorney:  Eric Butts

---

## PETITIONING THE COURT

☐   To extend the term of supervision for
☒   To modify the conditions of supervision as follows:

> Defendant shall participate in a mental health treatment program, specifically a Batterer's Intervention Program, and follow the probation officer's instructions regarding the implementation of the Court directive. Further, defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**U.S. Probation Officer Recommendation:**

The offender's projected release date from the Bureau of Prisons is July 24, 2015. He has requested to be released to the Middle District of Florida. The Probation Office from the Middle District of Florida has investigated the request and is agreeable to the release plan; however, in consideration of the offender's criminal history, they have requested that the offender's terms of supervision be modified to require the offender to participate in domestic violence counseling.

Enclosed for the Court's review is the Waiver of Hearing to Modify the Conditions of Supervised Release signed by the offender. Assistant U.S. Attorney Bruce E. Reppert was made aware of this

PROB 12B
(ILSP 11/11)

proposed modification and does not object to the Court being petitioned to modify the offender's conditions indicated above.

                                                      Respectfully submitted,

by    _____
       Mark D. Hanson
       Senior U.S. Probation Officer

Date: September 20, 2013

MDH/jlw

Offender Name: John Robert Eddy
Docket Number: 0754 3:12CR30082-001

---

☐   No Action
☐   The extension of supervision as noted above
☒   The modification of supervision as noted above
☐   Other:

_____
Judge William D. Stiehl, Senior U.S. District Judge

23 September 2013
Date

cc: Bruce E. Reppert, AUSA

PROB 49
(12/94)

# United States District Court

## Southern District of Illinois

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Defendant shall participate in a mental health treatment program, specifically a Batterer's Intervention Program, and follow the probation officer's instructions regarding the implementation of this Court directive. Further, defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

Witness: B. TRICE, CSW
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee

BLAINE PRICE, CASE MANAGER,
AUTHORIZED BY THE ACT OF
JULY 7, 1955, AS AMENDED, TO
ADMINISTER OATHS (18 USC 4004).

08·26·2013
Date