IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-30082-WDS |
| ) | |
| JOHN ROBERT EDDY, ) | |
| ) | |
| Defendant. ) | |

**<u>MOTION TO TERMINATE TERM OF SUPERVISED RELEASE</u>**

COMES NOW defendant, by and through his attorney, and states to the Court as follows:

1.   Following a plea of guilty pursuant to a plea agreement and stipulation of facts, defendant appeared for sentencing before this Court on January 30, 2013.  Defendant was sentenced by the Court to a period of imprisonment of sixty (60) months in the custody of the Bureau of Prisons, to be followed by a supervised release term of five (5) years.  The Court imposed a $100.00 special assessment.  (ECF Doc. #42).

2.   Subsequently, pursuant to Fed. R. Crim. P. 35, the Court, on June 5, 2013, reduced defendant's sentence to a total term of forty (40) months, all other terms and conditions of sentence to remain unchanged.  (ECD Doc. #48).

3.   Defendant surrendered to the custody of the Bureau of Prisons as directed, and upon release from custody, began his period of supervision on October 27, 2014.  Defendant is currently being supervised by the United States Department of Probation for the Middle District of Florida.

4.   During the time defendant has been on supervision, he has attended, as directed by the Department of Probation, all classes and programs, and has incurred no conduct violations.

Defendant has paid the $100.00 special assessment imposed by the Court. Defendant is currently employed and residing in the West Palm Beach, Florida area.

5. Defendant is currently being supervised by Ms. Steffi Jean-Jacques, Probation Officer, United State District Court, Middle District of Florida, telephone (305) 857-7522. Counsel herein has spoken with Ms. Jean-Jacques regarding defendant's intent to ask this Court to terminate his period of supervision. Defendant's probation officer has confirmed that defendant is currently participating in all programs as directed by the Department of Probation, is currently employed, has incurred no conduct violations, and has done an exemplary job in meeting all the expectations and requirements of the Department of Probation while on supervised release.

6. On October 27, 2017, defendant will have served three (3) years of the five (5) year period of supervised release. Pursuant to 18 U.S.C. § 3583(e)(1), this Court may terminate the supervision of an individual who has served one (1) year of their supervised release term. The Court is also required to review the 18 U.S.C. § 3553(a) factors in determining whether to order early termination of supervision.

7. Defendant has complied with all of the terms and conditions of supervision, is currently employed, and has met all expectations of the Department of Probation. Counsel submits that review of the § 3553(a) factors argue in favor of early termination of supervision.

WHEREFORE, defendant prays this Honorable Court for its order terminating defendant's period of supervision, and for such other and further orders as the Court deems just and proper.

/s/ Eric W. Butts
ERIC W. BUTTS, #06195357
Attorney for Defendant John Robert Eddy
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
Email: ewbtts@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2017, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Mr. Bruce Ruppert, Assistant United States Attorney, Nine Executive Drive, Suite 300, Fairview Heights, Illinois 62208.

/s/ Eric W. Butts