# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 3:12-cr-30082-SMY |
| ) | |
| JOHN ROBERT EDDY, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter comes before the Court on Defendant John Robert Eddy's Motion for Early Termination of Supervised Release (Doc. 50). The Government filed a response and has no objection (Doc. 52). The Court having been fully advised in the premises, finds that the motion should be **GRANTED**. Accordingly, Defendant John Robert Eddy's term of supervised release shall be **TERMINATED** effective November 30, 2017.

**IT IS SO ORDERED.**

DATE: November 30, 2017

<u>s/ Staci M. Yandle</u>
STACI M. YANDLE
DISTRICT JUDGE